IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marilyn Galmore, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   13-cv-5610 |
| Dynamic Recovery Solutions, LLC, a South Carolina limited liability company, and Cascade Capital, LLC, a Delaware limited liability company, | ) ) ) ) ) | Judge Norgle Magistrate Judge Valdez |
| Defendants. | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Marilyn Galmore, and Defendants Dynamic Recovery Solutions, LLC ("Dynamic"), and Cascade Capital, LLC ("Cascade") (collectively the "Defendants"), submit this Joint Motion, pursuant to FRCP Rule 23, for certification of a settlement class and preliminary approval of the Class Action Settlement Agreement.  In support of this motion, the parties state:

1. A Class Action Settlement Agreement, dated October 11, 2013, and attached as Exhibit 1, has been entered into by the parties.

2. The proposed Class Notice is attached as Exhibit 2.

3. The proposed Order Granting Preliminary Approval to the Class Action Settlement Agreement is attached as Exhibit 3.

4. The parties represent to the Court:

    A. That the proposed settlement was reached through arms-length negotiations between Plaintiff's Counsel and Defendants' Counsel;

1

    B.  That the parties believe the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendants of the FDCPA and in light of Defendants' defenses; and,

    C.  That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendants with respect to any of the material allegations in the Complaint, and that Defendants specifically denies that its actions constitute a violation of the FDCPA to any extent whatsoever.  Cascade further denies that it sent the letter at issue.

  5.  Plaintiff's Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsels are in favor of this Motion.  The Declaration of one of Plaintiff's counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 4.

  6.  Defendants agree to the certification, pursuant to Fed.R.Civ.P. 23(b)(3), of a settlement class consisting of all persons in the State of Illinois, from whom Defendants attempted to collect a delinquent consumer debt allegedly owed for a "Providian Bank" account, via the same form collection letter that the Defendants sent to Plaintiff (Dkt. 1-3, Complaint Exhibit C), which allegedly did not correctly identify the creditor to whom the debt was then owed, from August 6, 2012 to August 6, 2013 (the "Class").

2

      7.     Defendants also agree to the appointment of Marilyn Galmore as representative of the Class and the appointment of her attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., as Class Counsel.

WHEREFORE, the parties request that this Court certify the settlement Class requested herein, grant preliminary approval to the Class Action Settlement Agreement and enter the order attached as Exhibit 3.

Dated: November 13, 2013

Plaintiff's Counsel,

/s/ David J. Philipps
David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com


Defendants' Counsel,

/s/ Jennifer W. Weller
Jennifer W. Weller   (Ill. Bar No. 6270826)
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
jweller@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2013, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jennifer W. Weller                                        jweller@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601


/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

4